CARROLL, T. #H73384
CSP-LAC, D1-125
P.O. BOX 4670
LANCASTER, CA 93539

FILED
CLERK, U.S. DISTRICT COURT
APR 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CARROLL, T.,
    PETITIONER

STATE OF CALIFORNIA, ET·AL.;
    RESPONDENT(S)

CASE NO(s): 2:16-cv-0182/-SVW-JC
2:18-cv-01832-SVW-JC
PETITION TO AMEND AND/OR
CONSILIDATE BOTH CASE NUMBERS,
RECEIVE COPIES OF ALL FILINGS,
OBJECT TO ALL DENIALS, APPOINTMENT
OF COUNSEL
04/20/18, 1200 HRS.

PETITIONER CARROLL IS INDIGENT ADA (HEARING, MOBILITY IMPAIRED) INMATE/PATIENT IN CDCR MENTAL HEALTH DELIVERY SYSTEM AT EOP LEVEL OF CARE. PETITIONER CONTENDS THAT CDCR HAS "LOST" ALL OF HIS LEGAL PROPERTY IN THEIR EFFORT TO CIRCUMVENT HIS DUE PROCESS RIGHTS TO BE HEARD ON ISSUES AND ASKS THIS COURT TO PROVIDE COPIES OF ALL FILINGS/RULINGS. ADDITIONALLY, HE OBJECTS TO ALL DENIALS AND REQUEST FOR APPOINTMENT OF COUNSEL AND THAT BOTH CASES ARE PUT TOGETHER IF POSSIBLE.

THE ABOVE IS TRUE TO MY KNOWLEDGE.
                                T. Carroll (IN PRO-SE)


                    P.C. 1258

**California State Prison - Los Angeles County**
Name: CARROLL TREMAYNE
CDC #: H73389
Facility D  Building 1  Bed 125
P.O. Box 4670
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

CONFIDENTIAL
LEGAL MAIL

[Stamp: RECEIVED CLERK, U.S. DISTRICT COURT APR 30 2018 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

JC

U.S. DISTRICT, CENTRAL DISTRICT COURT
OFFICE OF THE CLERK
COURTHOUSE, RM G-8
L.A., CA 90012

AR 4-24-18

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval
- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729