UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL TREMAINE,<br><br>          Plaintiff,<br><br>          v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. CV 18-1832 SVW(JC)<br><br>JUDGMENT |

    In accordance with the Order Dismissing Action, IT IS ADJUDGED that this action is dismissed without prejudice.

    IT IS SO ADJUDGED.

    DATED: _____May 15, 2018_____

                                                      _____<br>
                                                    HONORABLE STEPHEN V. WILSON<br>
                                                    UNITED STATES DISTRICT JUDGE