| Date\Time: 7/27/2021 12:23:23 PM | CDCR | Verified: _____ |
|---|---|---|
| Institution: MCSP | **Inmate Statement Report** | |

| Start Date: | 1/27/2021 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 7/27/2021 | Housing Unit: | All |
| Inmate/Group#: | H73384 | | |

2:18-CV-1832-SVW-JC



FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/27/21
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  C. van
TRUST OFFICE

Date\Time: 7/27/2021 12:23:23 PM  
Institution: MCSP

**CDCR**
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| H73384 | CARROLL, TREMAINE | MCSP | D  018A1 | 105004 |

**Current Available Balance:**         $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/27/2021 | MCSP | BEGINNING BALANCE | | | | $1,200.10 |
| 02/10/2021 | MCSP | INMATE VOLUNTARY WITHDRAWAL | JACQUELINE GRACE MOR | 1075177 | ($500.00) | $700.10 |
| 02/16/2021 | MCSP | SALES | 9 | | ($178.55) | $521.55 |
| 02/17/2021 | MCSP | REGULAR MAIL | REG. MAIL 1/25/21 | | ($0.51) | $521.04 |
| 02/23/2021 | MCSP | INMATE VOLUNTARY WITHDRAWAL | JACQUELINE GRACE MOR | 1075969 | ($220.49) | $300.55 |
| 03/15/2021 | MCSP | SALES | 11 | | ($219.25) | $81.30 |
| 03/18/2021 | MCSP | COPY CHARGES | REG. COPY 3/11/21 | | ($1.00) | $80.30 |
| 04/21/2021 | MCSP | SALES | 21 | | ($69.60) | $10.70 |
| 05/17/2021 | MCSP | SALES | 4 | | ($10.65) | $0.05 |
| 05/18/2021 | MCSP | INMATE SPECIAL DEPOSIT - DO/CS ONLY | EIP 23423854 | 20035 | $1,400.00 | $1,400.05 |
| 06/17/2021 | MCSP | INMATE VOLUNTARY WITHDRAWAL | JACQUELINE GRACE MOR | 1078829 | ($1,000.00) | $400.05 |
| 06/18/2021 | MCSP | SALES | 22 | | ($208.60) | $191.45 |
| 06/21/2021 | MCSP | SALES | 40 | | ($176.90) | $14.55 |
| 06/22/2021 | MCSP | LEGAL MAIL | LEGAL MAIL 6/13/21 | | ($8.55) | $6.00 |
| 06/25/2021 | MCSP | LEGAL COPY | LEGAL COPY 6.21.21 | | ($6.00) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 3:15-01722-LAB-WVG | $350.00 | $0.00 | $253.08 |
| PLRA | 3:16-CV01718-CAB-JLB | $350.00 | $0.00 | $297.48 |
| PLRA | 2:16-CV01759-TLN-KJN | $350.00 | $0.00 | $297.48 |
| REGULAR MAIL | REGULAR | $0.88 | $0.00 | $0.88 |
| REGULAR MAIL | REGULAR | $0.47 | $0.00 | $0.47 |
| REGULAR MAIL | REGULAR | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | REGULAR | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | REGULAR | $2.83 | $0.00 | $2.83 |
| COPY CHARGES | COPIES 112816 | $82.00 | $0.00 | $81.93 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/27/21
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  C. Van

2

Date\Time: 7/27/2021 12:23:23 PM  
Institution: MCSP

**CDCR**  
**Inmate Statement Report**

Verified: _____

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| REGULAR MAIL | ENVELOPES 112816 | $1.00 | $0.00 | $1.00 |
| REGULAR MAIL | ENVELOPES 112916 | $0.80 | $0.00 | $0.80 |
| REGULAR MAIL | SUPPLIES 120216 | $0.30 | $0.00 | $0.30 |
| REGULAR MAIL | POSTAGE 113016 | $2.41 | $0.00 | $2.41 |
| REGULAR MAIL | POSTAGE 113016 | $1.99 | $0.00 | $1.99 |
| REGULAR MAIL | POSTAGE 113016 | $2.62 | $0.00 | $2.62 |
| REGULAR MAIL | POSTAGE 112716 | $0.67 | $0.00 | $0.67 |
| REGULAR MAIL | POSTAGE 112716 | $2.83 | $0.00 | $2.83 |
| COPY CHARGES | COPIES 120216 | $76.00 | $0.00 | $76.00 |
| REGULAR MAIL | ENVELOPES 120616 | $1.30 | $0.00 | $1.30 |
| REGULAR MAIL | POSTAGE 121116 | $0.47 | $0.00 | $0.47 |
| REGULAR MAIL | POSTAGE 121516 | $0.47 | $0.00 | $0.47 |
| PLRA | 2:17-CV-00862-DB | $350.00 | $0.00 | $302.48 |
| PLRA | 2:16-CV-2443-JAM-EFB | $350.00 | $0.00 | $313.23 |
| FEDERAL FILING FEE | 3:20-CV-00079BAS-RBM | $350.00 | $0.00 | $345.76 |
| PLRA | 2:20-CV-01707-KJN | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | REG. COPY 7/1/21 | $0.30 | $0.00 | $0.30 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA173778 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | BA178987 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: 7/27/21  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY C. Van  
TRUST OFFICE

Case Number: 2:18-cv-01832-SVW-JC

## CERTIFICATE OF FUNDS
## IN PRISONER'S ACCOUNT

CDC# H73384

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Tremaine Carroll__ for the last six months at
*(Prisoner's Name)*
__Mule Creek State Prison__, where (s)he is confined.
*(Name of Institution)*

I further certify that the average deposits each month to this prisoner's account for the most recent six-month period were $ __233.33__ and the average balance in the prisoner's account each month for the most recent six-month period was $ __513.58__.

Date: __7/27/21__    Officer Name: __C. Van__

Signature: _____
*Authorized Officer of the Institution*

5

**Mule Creek State Prison**
Name: CARROLL THE MAYNE
CDC#: AJ3384
Facility D Building 18 Cell A-108
P.O. Box 409089
Ione, CA 95640

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

| Facility Post Office Boxes | |
|---|---|
| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |



PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

CONFIDENTIAL LEGAL MAIL

U.S. DISTRICT COURT (CENTRAL CA)
OFFICE OF THE CLERK
255 EAST TEMPLE STR. #180
LA CA 90012

cc| J. Mair

7-29-21    45440

UNAUTHORIZED ITEMS WITHIN INMATE MAIL
Mail containing any of the following items will be disallowed:
- Padded envelopes or cardboard containers.
- Cardstock, sketch pads, construction paper or colored paper.
- Musical greeting cards, videos, CD's or Cassette tapes.
- Cash, pens, pencils or markers
- Identification cards, credit cards, bank cards, phone cards, etc.
- Polaroid photographs, negatives, slides or photo albums. Photos depicting drugs and/or drug paraphernalia. Photos, drawings, magazine articles, and/or pictorials displaying frontal nudity of either gender are not allowed. Nothing that depicts displays, or describes sexual penetration or sexual acts will be allowed.
- Gang affiliated material, hand gestures or signs.
- Clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers glue or glitter.
- Tattoo patterns or tracing patterns. No jewelry will be allowed.
- Mail containing any unknown substance, powder, liquid, or solid.
- Lipstick, perfume, cologne, or scent of any kind.
- Anything deemed a threat to the safety and security of the Institution, or any correspondence deemed circumvention of mail policies and procedures.
- Mail that does not have a full return address.

AUTHORIZED ITEMS WITHIN INMATE MAIL
Incoming mail must weigh less than 13 ounces.
- 40 postage stamps/pre-stamped envelopes.
- Letters.
- Greeting cards.
- Photographs (no larger than 8" x10")
- Checks/Money orders with inmate's name and CDCR#.
- Writing Paper (white/yellow lined only).
- Publications (books, magazines, newspapers) MUST come directly from vendor.
- For funds to be mailed directly to inmate's account, send through www.jpay.com or (800) 574-5729.