UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-01832-SVW-JC | Date | April 6, 2022 |
|---|---|---|---|
| Title | Tremaine Carroll v. State of California | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | | |
|---|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)

**ORDER (1) DIRECTING CLERK TO UPDATE PLAINTIFF'S ADDRESS ON DOCKET AND TO SERVE PLAINTIFF AT OLD AND UPDATED ADDRESS; AND (2) DIRECTING PLAINTIFF TO PROMPTLY NOTIFY COURT OF ANY ADDRESS CHANGE AND CAUTIONING PLAINTIFF REGARDING CONSEQUENCES OF FAILURE TO FULFILL HIS OBLIGATION TO UPDATE COURT REGARDING HIS ADDRESS**

Although Plaintiff has not filed a notice updating the Court regarding his address, it appears from Plaintiff's most recent submissions to the Court (Docket Nos. 14, 16, 18), that he is housed at Mule Creek State Prison instead of Richard J. Donovan Correctional Facility (as reflected on the Docket). Accordingly, the Clerk is directed to update the Docket with Plaintiff's Mule Creek State Prison address:   Tremaine Carroll, CDCR #H73384, Mule Creek State Prison, P.O. Box 409089, Ione, CA 95640.  **The Clerk is directed to serve this Order on Plaintiff at both the address at Richard J. Donovan Correctional Facility and the address at Mule Creek State Prison.**

As the Court has previously advised Plaintiff (see Docket No. 4), **he must promptly notify the Court of any address change and he is Ordered to do so**.  See Local Rule 83-2.4 (any party who has appeared pro se in a case pending before the Court, and who changes his address must, within five days of the change, notify the Clerk of Court in writing); see also Local Rule 41-6 (party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address).  **Plaintiff is again cautioned that his failure promptly to update the Court regarding any address change may result in the dismissal of this action with or without prejudice for failure to prosecute.**  See Local Rule 41-6 (if Court order/other mail served on pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and pro se plaintiff has not filed a notice of change of address within 14 days of the service date of the order/other Court document, Court may dismiss action with or without prejudice for failure to prosecute).

IT IS SO ORDERED.