JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL, | Case No. 2:18-cv-01832-SVW-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: May 3, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE